■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD A. LUSINK, Appellant. [831 NYS2d 90]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), rendered March 22, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Lunn, Peradotto and Green, JJ.